1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RONALD LAY, JR.,

11          Plaintiff,                    No. CIV S-07-0711 RRB GGH P

12        vs.

13   R. MORROW, et al.,

14          Defendants.              ORDER

15   _____/

16          Plaintiff is a prisoner who is proceeding pro se and in forma pauperis.  Plaintiff

17   seeks relief pursuant to 42 U.S.C. § 1983.

18          On November 9, 2007, the court ordered the United States Marshal to serve the

19   complaint on defendants.  Process directed to defendant C. Pazos was returned unserved because

20   "Per CSP Sac, no longer @ facility, no fwd'ing info [and] per CDC locator, no 'Pazos' in

21   database."   Plaintiff must provide additional information to serve this defendant.  Plaintiff shall

22   promptly seek such information through discovery, the California Public Records Act, Calif.

23   Gov't. Code § 6250, et seq., or other means available to plaintiff.  If access to the required

24   information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

25   /////

26   /////

1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.  The Clerk of the Court is directed to send to plaintiff one USM-285 form,

3    along with an instruction sheet and a copy of the September 20, 2007, amended complaint;

4    2.  Within sixty days from the date of this order, plaintiff shall complete and

5    submit the attached Notice of Submission of Documents to the court, with the following

6    documents:

7    a.  One completed USM-285 form for defendant C. Pazos;

8    b.  Two copies: of the endorsed September 20, 2007, amended complaint;

9    and

10   c.  One completed summons form (if not previously provided)

11   or show good cause why he cannot provide such information.

12   DATED:  01/10/08

/s/ Gregory G. Hollows

13

GREGORY G. HOLLOWS
14   UNITED STATES MAGISTRATE JUDGE

15   GGH:009/bb
lay0711.8e
16

17

18

19

20

21

22

23

24

25

26

1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10    RONALD LAY, JR.,

11            Plaintiff,                          No. CIV S-07-0711 RRB GGH P

12        vs.

13    R. MORROW, et al.,                          NOTICE OF SUBMISSION

14            Defendants.                         OF DOCUMENTS

15    _____/

16            Plaintiff hereby submits the following documents in compliance with the court's

17    order filed _____:

18            __One__    completed summons form

19            __One__    completed USM-285 form

20            __Two__    copies of the _September 20, 2007_____
                                       Amended Complaint

21    DATED:

22

23                                       _____
                                         Plaintiff
24

25

26