IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RONALD LAY, JR,**<br><br>           Plaintiff,<br><br>v.<br><br>**R. MARROW, et al.,**<br><br>           Defendants. | CASE NO.: 2:07-CV-0711 RRB GGH P<br><br>**ORDER** |

GOOD CAUSE having been demonstrated, Defendants request for an extension of time to file a responsive pleading to Plaintiff's complaint is GRANTED.

Defendants shall have until February 14, 2008, to file a responsive pleading.

IT IS SO ORDERED.

Dated: 01/18/08                    /s/ Gregory G. Hollows
                                   U.S. Magistrate Judge

lay0711.po

[Proposed] Order

1