IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD LAY, JR.,

        Plaintiff,                   No. CIV S-07-0711 RRB GGH P

    vs.

R. MORROW, et al.,

        Defendants.         <u>ORDER</u>

_____/

       Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

       On November 9, 2007, the court ordered the United States Marshal to serve the complaint on defendants. By Order, filed on January 10, 2008, because process directed to defendant C. Pazos was returned unserved because per CSP-Sac, this individual was no longer at the facility and there was no forwarding information and, per the CDC locator, there was no Pazos in the database. Plaintiff was directed to provide additional information to serve this defendant and to promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. Plaintiff was also informed that if access to the required information were denied or unreasonably delayed, plaintiff could seek judicial intervention.

1  Plaintiff resubmitted the required documentation timely, and the court directed the
2  U.S. Marshal, once again to serve this defendant. See Order, filed on February 28, 2008. On
3  March 28, 2008, the waiver of service of process was again returned unexecuted for the same
4  reason, that "Per CDC Locator no Pazos listed in database."
5  The court now directs defendants' counsel to query the Department of Corrections
6  and Rehabilitation to ascertain the whereabouts of defendant C. Pazos. If defendant Pazos is still
7  employed with the Department of Corrections or Rehabilitation or any other California state
8  agency, counsel shall provide the business address to plaintiff. If counsel is otherwise informed
9  of the business address of defendant Pazos, counsel shall provide the address to plaintiff. In the
10 event that counsel, after conducting a good faith inquiry, cannot ascertain the business address of
11 defendant Pazos, counsel shall so inform the court. Defendants' counsel shall file and serve the
12 appropriate response within twenty days of the file date of this order.
13 IT IS SO ORDERED.
14 DATED: 05/07/08

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

17 GGH:009
lay0711.8esup