IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RONALD LAY, JR., | | |
| | Plaintiff, | No. CIV S-07-0711 JAM GGH P |
| vs. | | |
| R. MORROW, et al., | | ORDER & |
| | Defendants. | FINDINGS AND RECOMMENDATIONS |
| _____/ | | |

      Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. This court initially directed service of the complaint on defendants, including C. Pazos, on 11/09/07. Process directed to Pazos was returned unserved and by Order, filed on 1/10/08, plaintiff was directed to provide additional information to serve this defendant. Once plaintiff resubmitted the required documentation, the court, on 2/28/08, once again directed service upon this defendant, which, on 3/28/08, was again returned unexecuted because C. Pazos could not be located in the database.

      Pursuant to an Order, filed on 5/07/08, this court directed defendants' counsel to query the Department of Corrections and Rehabilitation to ascertain the whereabouts of defendant C. Pazos and to provide plaintiff with a business address for this defendant if Pazos is still employed with the Department of Corrections or Rehabilitation or any other California state

agency.  Failing that, if counsel was otherwise informed of the business address of defendant Pazos, counsel was to provide the address to plaintiff.  The court also directed that, in the event that counsel, after conducting a good faith inquiry, could not ascertain the business address of defendant Pazos, he was to inform the court within twenty days.

By timely response, filed on 5/15/08, defendants' counsel by way of declaration set forth his efforts to locate a business address for C. Pazos which appear to the court to have been made in good faith but which have proved ultimately fruitless.  At this point, the court will recommend dismissal of defendant C. Pazos, pursuant to Fed. R. Civ. P. 4(m).

Accordingly, IT IS ORDERED that defendants have discharged the order, filed on 5/7/08.

IT IS HEREBY RECOMMENDED that C. Pazos be dismissed as a defendant pursuant to Fed. R. Civ. P. 4(m).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections shall be served and filed within ten days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: 07/23/08

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
lay0711.dis