IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD LAY, JR.,

        Plaintiff,                  No. CIV S-07-0711 JAM GGH P

    vs.

R. MARROW, et al.

        Defendants.            <u>ORDER</u>

_____/

        Defendants Marrow, Dean, Tinseth, Roblez, Woodard, Heintschel, Long, Nies, and Williams, on October 29, 2008, filed their answer to the first amended complaint, which was filed on September 20, 2007; however, by <u>Order</u>, filed on October 22, 2008, plaintiff's motion for leave to proceed upon the second amended complaint, filed on April 23, 2008, was granted. Therefore, defendants are directed, within 10 days, to inform the court whether they intend for their answer to be construed as the answer to the second amended complaint or to amend the answer to be responsive to the second amended complaint, as appropriate.

        IT IS SO ORDERED.

DATED: November 6, 2008

                                        /s/ Gregory G. Hollows
                                    UNITED STATES MAGISTRATE JUDGE

GGH:009/lay0711.ans