IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD LAY, JR.,

       Plaintiff,                    No. CIV S-07-0711 JAM GGH P

   vs.

R. MARROW, et al.,

       Defendants.          ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. Plaintiff, on August 21, 2008, filed a motion for summary judgment, after which on August 27, 2008, defendants sought an extension of time to file an opposition. Plaintiff filed the dispositive motion before leave had even been granted for him to proceed on a second amended complaint (see Order, filed on October 22, 2008). The answer to the second amended complaint was filed on November 12, 2008.

        By concurrently filed Order, the scheduling order, setting forth the deadlines for discovery and for the filing of dispositive pretrial motions has issued. Plaintiff's premature motion for summary judgment will be vacated without prejudice to his re-noticing the motion at the appropriate time in conformity with the dispositive motion deadline. Defendants' request for an extension of time to file an opposition will be denied as moot.

Accordingly, IT IS ORDERED that:

1. Plaintiff's motion for summary judgment, filed on August 21, 2008 (# 38) is vacated from the court's calendar without prejudice, subject to re-filing, in accordance with the scheduling order;

2. Defendants' request for an extension of time, filed on August 27, 2008 (# 39), is denied as moot.

DATED: November 20, 2008

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
lay0711.vac