1 | EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of the State of California
2 | DAVID S. CHANEY, State Bar No. 73315
Chief Assistant Attorney General
3 | ROCHELLE C. EAST, State Bar No. 183792
Senior Assistant Attorney General
4 | KENNETH R. WILLIAMS, State Bar No. 73170
Deputy Attorney General
5 | STANTON W. LEE, State Bar No. 203563
Deputy Attorney General
6 |  1300 I Street, Suite 125
  P.O. Box 944255
7 |  Sacramento, CA 94244-2550
  Telephone: (916) 445-9921
8 |  Fax: (916) 324-5205
  Email: stanton.lee@doj.ca.gov

Attorneys for Defendants Marrow, Dean, Tinseth,
Roblez, Woodard, Heintschel, Long, Nies, and
Williams

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RONALD LAY, JR,** | 2:07-CV-0711 JAM GGH P |
| Plaintiff, | **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| v. | |
| **R. MARROW, et al.,** | Fed. R. Civ. P. 41(a)(1)(A)(ii) |
| . | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

1

1   Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this matter
2   stipulate to dismiss this entire action, with prejudice.

4   Dated: December___, 2008        By: _____
                                        Ronald Lay, Jr.
5                                       CDCR No. K-37748,
                                        Plaintiff in pro se

7   Dated: _____            By: _____
8                                       STANTON W. LEE
                                        Deputy Attorney General
9                                       Attorney for Defendants

11  [the signatures for the stipulation appear on the filed pdf stipulation.]

13       IT IS ORDERED THAT, PURSUANT TO THE PARTIES' STIPULATION, THIS
    MATTER IS DISMISSED WITH PREJUDICE.

15  Dated: January 12, 2009

17                          By:     s/s Gregory G. Hollows
                                    United States Magistrate Judge

18  lay711.stip

23  lay711.stip.wpd
    SA2007304854

STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

2